Check date: 09/21/2012    Check #:    2057586
Period beg.: 09/10/2012   Period end:  09/16/2012

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Wages | 27.28 | | | 381.92 | FICA-SS | 15.31 |
| Holiday | | | | | FICA-Med | 5.28 |
| Vacation | | | | | Federal W/H | 40.00 |
| | | | | | State W/H | 16.00 |
| | | | | | AFLAC-Pretax | 17.50 |
| | | | | | Advance | |
| | | | | | Garnishment | 61.07 |
| Totals | 27.28 | | | 381.92 | | 155.16 |
| | | | | | Net Pay | 226.76 |

Rate:          14.0000

Soc Sec Number:   8417

## Year to Date

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Wages | 1144.32 | 0.10 | | 15,740.56 | FICA-SS | 678.87 |
| Holiday | 40.00 | | | 528.00 | FICA-Med | 234.37 |
| Vacation | 40.00 | | | 560.00 | Federal W/H | 1,862.00 |
| | | | | | State W/H | 765.00 |
| | | | | | AFLAC-Pretax | 665.00 |
| | | | | | Advance | 171.84 |
| | | | | | Garnishment | 546.77 |
| Totals | 1224.32 | 0.10 | | 16,828.56 | | 4,923.85 |
| | | | | | Net Pay | 11,904.71 |

40   *JEFFREY D ENDRES*

*Check date:* 09/14/2012   *Check #:*   2057580
*Period beg.:* 09/03/2012   *Period end:*   09/09/2012

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Wages | 30.30 | | | 424.20 | FICA-SS | 21.79 |
| Holiday | 8.00 | | | 112.00 | FICA-Med | 7.52 |
| Vacation | | | | | Federal W/H | 63.00 |
| | | | | | State W/H | 27.00 |
| | | | | | AFLAC-Pretax | 17.50 |
| | | | | | Advance | |
| | | | | | Garnishment | 83.38 |
| Totals | 38.30 | | | 536.20 | | 220.19 |
| | | | | | Net Pay | 316.01 |

Rate:   14.0000

Soc Sec Number:   8417

*Year to Date*

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Wages | 1117.04 | 0.10 | | 15,358.64 | FICA-SS | 663.56 |
| Holiday | 40.00 | | | 528.00 | FICA-Med | 229.09 |
| Vacation | 40.00 | | | 560.00 | Federal W/H | 1,822.00 |
| | | | | | State W/H | 749.00 |
| | | | | | AFLAC-Pretax | 647.50 |
| | | | | | Advance | 171.84 |
| | | | | | Garnishment | 485.70 |
| Totals | 1197.04 | 0.10 | | 16,446.64 | | 4,768.69 |
| | | | | | Net Pay | 11,677.95 |

40    *JEFFREY D ENDRES*

*Check date:* 09/07/2012    *Check #:*   2057574
*Period beg.:* 08/27/2012    *Period end:*   09/02/2012

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | | Amount |
|---|---|---|---|---|---|---|---|
| Wages | 39.77 | | | 556.78 | FICA-SS | | 22.64 |
| Holiday | | | | | FICA-Med | | 7.82 |
| Vacation | | | | | Federal W/H | | 66.00 |
| | | | | | State W/H | | 28.00 |
| | | | | | AFLAC-Pretax | | 17.50 |
| | | | | | Advance | | |
| | | | | | Garnishment | | 86.46 |
| Totals | 39.77 | | | 556.78 | | | 228.42 |
| | | | | | | Net Pay | 328.36 |

Rate:    14.0000

Soc Sec Number:   8417

*Year to Date*

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | | Amount |
|---|---|---|---|---|---|---|---|
| Wages | 1086.74 | 0.10 | | 14,934.44 | FICA-SS | | 641.77 |
| Holiday | 32.00 | | | 416.00 | FICA-Med | | 221.57 |
| Vacation | 40.00 | | | 560.00 | Federal W/H | | 1,759.00 |
| | | | | | State W/H | | 722.00 |
| | | | | | AFLAC-Pretax | | 630.00 |
| | | | | | Advance | | 171.84 |
| | | | | | Garnishment | | 402.32 |
| Totals | 1158.74 | 0.10 | | 15,910.44 | | | 4,548.50 |
| | | | | | | Net Pay | 11,361.94 |

40   *JEFFREY D ENDRES*   Check date: 08/31/2012   Check #:   2057568
Period beg.: 08/20/2012   Period end:   08/26/2012

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Wages | 39.00 | | | 546.00 | FICA-SS | 22.19 |
| Holiday | | | | | FICA-Med | 7.67 |
| Vacation | | | | | Federal W/H | 65.00 |
| | | | | | State W/H | 28.00 |
| | | | | | AFLAC-Pretax | 17.50 |
| | | | | | Advance | |
| | | | | | Garnishment | 84.63 |
| Totals | 39.00 | | | 546.00 | | 224.99 |
| | | | | | Net Pay | 321.01 |

Rate:   14.0000

Soc Sec Number:   8417

### Year to Date

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Wages | 1046.97 | 0.10 | | 14,377.66 | FICA-SS | 619.13 |
| Holiday | 32.00 | | | 416.00 | FICA-Med | 213.75 |
| Vacation | 40.00 | | | 560.00 | Federal W/H | 1,693.00 |
| | | | | | State W/H | 694.00 |
| | | | | | AFLAC-Pretax | 612.50 |
| | | | | | Advance | 171.84 |
| | | | | | Garnishment | 315.86 |
| Totals | 1118.97 | 0.10 | | 15,353.66 | | 4,320.08 |
| | | | | | Net Pay | 11,033.58 |

Check date: 08/17/2012          Check #:          2057556
Period beg.: 08/06/2012          Period end:    08/12/2012

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Wages | 32.40 | | | 453.60 | FICA-SS | 18.31 |
| Holiday | | | | | FICA-Med | 6.33 |
| Vacation | | | | | Federal W/H | 51.00 |
| | | | | | State W/H | 21.00 |
| | | | | | AFLAC-Pretax | 17.50 |
| | | | | | Advance | |
| | | | | | GARNISH-Phillips | 71.39 |
| Totals | 32.40 | | | 453.60 | | 185.53 |
| | | | | | Net Pay | 268.07 |

Rate:          14.0000

Soc Sec Number:    8417

*Year to Date*

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Wages | 974.66 | 0.10 | | 13,365.32 | FICA-SS | 578.08 |
| Holiday | 32.00 | | | 416.00 | FICA-Med | 199.58 |
| Vacation | 40.00 | | | 560.00 | Federal W/H | 1,575.00 |
| | | | | | State W/H | 644.00 |
| | | | | | AFLAC-Pretax | 577.50 |
| | | | | | Advance | 171.84 |
| | | | | | GARNISH-Phillips | 158.03 |
| Totals | 1046.66 | 0.10 | | 14,341.32 | | 3,904.03 |
| | | | | | Net Pay | 10,437.29 |

40   *JEFFREY D ENDRES*

Check date: 08/10/2012   Check #:   2057550
Period beg.: 07/30/2012   Period end:   08/05/2012

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Wages | 39.99 | | | 559.86 | FICA-SS | 22.79 |
| Holiday | | | | | FICA-Med | 7.86 |
| Vacation | | | | | Federal W/H | 67.00 |
| | | | | | State W/H | 29.00 |
| | | | | | AFLAC-Pretax | 17.50 |
| | | | | | Advance | |
| | | | | | GARNISH-Phillips | 86.64 |
| Totals | 39.99 | | | 559.86 | | 230.79 |
| | | | | | Net Pay | 329.07 |

Rate:   14.0000

Soc Sec Number:   8417

*Year to Date*

| Wages | Reg. Hrs. | O/T Hrs. | Dbl. Hrs. | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Wages | 942.26 | 0.10 | | 12,911.72 | FICA-SS | 559.77 |
| Holiday | 32.00 | | | 416.00 | FICA-Med | 193.25 |
| Vacation | 40.00 | | | 560.00 | Federal W/H | 1,524.00 |
| | | | | | State W/H | 623.00 |
| | | | | | AFLAC-Pretax | 560.00 |
| | | | | | Advance | 171.84 |
| | | | | | GARNISH-Phillips | 86.64 |
| Totals | 1014.26 | 0.10 | | 13,887.72 | | 3,718.50 |
| | | | | | Net Pay | 10,169.22 |